

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00525-CR

CHRISTINA RENEA FARRIS A/K/A          APPELLANT
CHRISTINA RENEA ESCARENO

V.

THE STATE OF TEXAS          STATE

----------

### FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Christina Renea Farris a/k/a Christina Renea Escareno attempts to appeal a May 10, 2013 judgment adjudicating her guilt for arson. Her notice of appeal was due in June 2013, but was not filed until October; therefore, it is untimely. *See* Tex. R. App. P. 26.2(a), 26.3.

---

[1]*See* Tex. R. App. P. 47.4.

If a notice of appeal is not timely filed, the court of appeals has no option but to dismiss the appeal for lack of jurisdiction. *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). Accordingly, we dismiss this appeal for want of jurisdiction.[2] *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 19, 2013

---

[2]The remedy for a defendant with a final felony conviction who seeks an out-of-time appeal is by way of post-conviction writ of habeas corpus under article 11.07 of the code of criminal procedure. *Tarver v. State*, No. 02-12-00447-CR, 2012 WL 5356308, at *1 (Tex. App.—Fort Worth Nov. 1, 2012, no pet.) (mem. op., not designated for publication).